IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MELVIN R. WARRICK, IV,
       Plaintiff,                              CASE NO. 1:18-cv-00402-WCL-SLC

v.

TRINE UNIVERSITY,
       Defendant.

## NOTICE OF SERVICE OF
## DEFENDANT'S INITIAL DISCLOSURES

Defendant, by counsel, pursuant to Rule 26(a)(1), Fed. R. Civ. P., states Defendant served its Initial Disclosures on counsel for Plaintiff by email and Regular United States Mail on March 4, 2019.

DEFUR VORAN LLP

BY /s/  Scott E. Shockley
Scott E. Shockley #2153-18
400 S. Walnut Street Suite 200
Muncie, IN 47305
Telephone: 765-288-3651
Facsimile: 765-288-7068
E-mail: sshockley@defur.com

## CERTIFICATE OF SERVICE

I certify that on this 4th day of March, 2019 a copy of this document was served electronically by the Court's electronic filing service on:

Nathaniel O Hubley
Nathaniel M. Reinking
John C. Theisen
Theisen & Associates LLC
810 S. Calhoun St. Ste 200
Fort Wayne, IN 46802

/s/  Scott E. Shockley
Scott E. Shockley