IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MELVIN R. WARRICK, IV,
    Plaintiff,                       CASE NO. 1:18-cv-00402-WCL-SLC

v.

TRINE UNIVERSITY,
    Defendant.

## STIPULATION OF DISMISSAL

Comes now the Plaintiff, Melvin R. Warrick, IV., by counsel, John C. Theisen, and comes now the Defendant, Trine University, by counsel, Scott E. Shockley, and the parties stipulate that this cause of action has been settled and should be dismissed, with prejudice.

DEFUR VORAN LLP

BY/s/   Scott E. Shockley
Scott E. Shockley, ID #2153-18
400 S. Walnut Street Suite 200
Muncie, IN 47305
Telephone: 765-288-3651
Facsimile: 765-288-7068
E-mail: sshockley@defur.com


THEISEN & ASSOCIATES LLC

BY/s/  John C. Theisen
John C. Theisen, ID #549-02
810 S. Calhoun St. Ste 200
Fort Wayne, IN 46802
Telephone: 260-422-4255
Facsimile:  260-422-4245
E-mail:  jtheisen@theisen-associates.com