IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

MELVIN R. WARRICK, IV,
       Plaintiff,                              CASE NO. 1:18-cv-00402-WCL-SLC

v.

TRINE UNIVERSITY,
       Defendant.

## **ORDER OF DISMISSAL**

Comes now the Plaintiff, Melvin R. Warrick, IV., by counsel, John C. Theisen, and comes now the Defendant, Trine University, by counsel, Scott E. Shockley, and having filed their Stipulation of Dismissal, the Court finds that said Stipulation should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this cause of action should be dismissed, with prejudice.

Dated: October 1, 2019

                                                  s/William C. Lee
                                                  JUDGE, UNITED STATES DISTRICT COURT
                                                  NORTHERN DISTRICT OF INDIANA